IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Merchant Livestock Company,**

      **Plaintiff,**

vs.                                               Civ. No. 23-664 KRS/GBW

**Apache Corporation, et al.,**

      **Defendants.**

### ORDER GRANTING PLAINTIFF MERCHANT LIVESTOCK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

THIS MATTER is before the Court on review of Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion to Dismiss. Having reviewed the Motion, noting Defendants do not oppose the relief, and being fully informed, the Court finds the Motion is well-taken and should be GRANTED.

IT IS ORDERED that Plaintiff has through October 6, 2023, to file its Response to Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted (Doc. 10).

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE